JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR09-5820 RJB |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS |
| MERLIN McLANE BULLCHILD, | |
| Defendant. | |

Upon the motion of the defendant to modify the conditions of pretrial release in the above-captioned case, the Court finds that such a modification would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that defendant shall be excused from the drug and alcohol testing required for the period from July 14, 2010 through July 28, 2010. Mr. Bullchild shall comply with all other conditions of release.

DONE this 10th day of June, 2010.

*[signature: Robert J. Bryan]*
Robert J. Bryan
United States District Judge

Presented by:

/s/ Miriam Schwartz
Miriam Schwartz
Attorney for Defendant

ORDER GRANTING MOTION
TO MODIFY PRETRIAL RELEASE          1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710