UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MERLIN McCLANE BULLCHILD,<br><br>　　　　　　　Defendant. | CASE NO. CR09-5820RJB<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

　　　This matter comes before the court on defendant's Motion for Early Termination of Supervised Release (Dkt. 51).  The court is familiar with the records and files herein and documents filed in support of and in opposition to the motion.  For the reasons stated in the Government's Amended Response to Motion for Early Termination of Supervised Release (Dkt. 54), the motion should be DENIED.  On the other hand, it is entirely appropriate for the defendant and his counsel to negotiate with defendant's probation officer to arrange for easing of some of the restrictions placed upon the defendant by probation for the reasons stated in the Affidavit filed by Ms. Schwartz in support of the motion (Dkt. 52).

　　　IT IS SO ORDERED

1  The Clerk is directed to send uncertified copies of this Order to all counsel of record and
2  to any party appearing *pro se* at said party's last known address.
3  Dated this 20th day of May, 2013.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge